UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINE CARPENTER,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No: 19-CV-06331 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of the action, see Dkts. 23-25, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and an initial case management conference will be reset, provided such motion is filed within sixty days of the date this order is filed.

IT IS SO ORDERED.

Dated: 12/23/2019

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge